

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-19-2012

# In Re: Grand Jury

Precedential or Non-Precedential: Precedential

Docket No. 12-1697

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In Re: Grand Jury " (2012). *2012 Decisions.* Paper 616.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/616

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

July 12, 2012

No. **12-1697**

IN RE: GRAND JURY

JOHN DOE1; JOHN DOE 2; ABC CORPORATION,

Appellants

(E.D. Pa. No. 09-gj-00006)

Present:      AMBRO, HARDIMAN, and VANASKIE, <u>Circuit Judges</u>

1.    Motion by Appellants' to Consolidate C.A. Nos.: 12-1697 & 12-2878;

2.    Response by Appellee to Appellants' Motion to Consolidate Appeal;

3.    Amended Motion by Appellants to Consolidate C.A. Nos.:12-1697 & 12-2878;

4.    Reply by Appellant In Support of Motion to Consolidate.

Respectfully,
Clerk/tmk

_____ **O R D E R** _____

The foregoing Motion by Appellants' to Consolidate C.A. Nos.: 12-1697 & 12-2878 is hereby granted.  In doing so, we also grant Appellants' Petition for Panel Rehearing in C.A. No. 12-1697.  The parties are directed to file briefs addressing the issues raised in the consolidated cases including this Court's jurisdiction  in No. 12-2878 according to the following schedule:

Appellants' brief shall be filed by 4 P.M. Wednesday, August 15, 2012.

Appellee's brief shall be filed by 4 P.M. Wednesday, September 5, 2012.

Appellants' reply brief shall be filed by 4.P.M. Monday, September 17, 2012.

Oral argument will be set at the convenience of the Court.

By the Court,

<u>/s/ Thomas L. Ambro</u>
Circuit Judge

Dated:    July 19, 2012

tmk/cc:  Frank P. Cihlar, Esq.
         Gregory V. Davis, Esq.
         S. Robert Lyons, Esq.
         Alexander P. Robbins, Esq.
         Stephen R. LaCheen, Esq.
         Ian M. Comisky, Esq.
        Matthew D. Lee, Esq.